IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>MASTERPIECE PAINTING INC, et al.,<br><br>    Defendants._____/ | No. C 11-01735 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar  The Magistrate Judge shall prepare findings and recommendation on the motion.  The hearing noticed for Thursday, July 14, 2011 is vacated.

Dated:  5/20/2011

                                           *Claudia Wilken*
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: Sue