**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10
11   BAY AREA PAINTERS FUND AND TAPERS        No. C-11-1735 CW (DMR)
     PENSION TRUST FUND, et al.,
12                                            **ORDER REQUESTING**
                                              **SUPPLEMENTAL INFORMATION**
13              Plaintiffs,

14        v.

15   MASTERPIECE PAINTING, INC. a California
     Corporation;   TERRENCE   ALFONSO
16   JOHNSON,   Individually   and   *dba*
     MASTERPIECE PAINTING,
17
18              Defendants.
     _____/
19
20
21        Having reviewed Plaintiffs' Motion for Default Judgment [Docket No. 16], the court hereby
22   orders Plaintiffs to submit the following supplemental evidence and information in support of their
     motion, **by no later than July 21, 2011:**
23
24        (1) A more detailed accounting of the amounts of time spent by counsel and support staff on
25   particular tasks, sufficient to support Plaintiffs' requested award of reasonable attorneys' fees
     for litigating this action.
26
27        **Immediately upon receipt of this Order, Plaintiffs shall serve a copy of this Order on**
28   **Defendants and shall e-file a proof of service on the same day that service is effected.  At the**

**same time Plaintiffs' supplemental information as ordered herein is submitted to the court,**

**Plaintiffs shall service Defendants with a copy of the supplemental information and file a proof**

**of service with the court.** Service by Plaintiffs may be made by mail.

IT IS SO ORDERED.

Dated: July 6, 2011



DONNA M. RYU
United States Magistrate Judge