Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASTERPIECE PAINTING, INC., a California Corporation; TERRENCE ALFONSO JOHNSON, Individually and *dba* MASTERPIECE PAINTING,<br><br>Defendants. | Case No.: C11-1735 CW<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

1. The undersigned hereby acknowledges that the Judgment in the above-captioned action has been satisfied in full.

2. The names and address of the judgment creditors are: Bay Area Painters and Tapers Pension Trust Fund, et al., c/o Saltzman & Johnson Law Corporation, 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

3. The names and addresses of the judgment debtors are as follows:

   (a) Masterpiece Painting, Inc., 3542 Fruitvale Ave. #120, Oakland, California 94602 (formerly 1440 Broadway #609, Oakland, California 94612), and

   (b) Terrence Alfonso Johnson, 3542 Fruitvale Ave. #120, Oakland, California 94602 (formerly 1440 Broadway #609, Oakland, California 94612).

4. The Judgment Pursuant to Stipulation was entered on July 12, 2011.

- 1 -
ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT
Case No.: C11-1735 CW

5. Abstracts of Judgment were recorded as follows:

    (a) Alameda, California, on August 1, 2011, as instrument number 2011220923.

**_NOTICE TO JUDGMENT DEBTORS_**: *If this is an acknowledgment of full satisfaction of judgment, it **must be recorded in the county or counties shown in Item 5 above in order to release the judgment lien.** A certified copy of this document, which can be obtained from the above-referenced Court, may be required for recording purposes.*

Dated: October 16, 2014           SALTZMAN & JOHNSON LAW CORPORATION

By: _____
Michele R. Stafford
Attorneys for Plaintiffs

## NOTARIZATION

State of California    )
                                )
County of San Francisco  )

On October 16, 2014, before me, MARIA SAM, Notary Public, personally appeared MICHELE R. STAFFORD, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

MARIA D. SAM
Commission # 2076310
Notary Public - California
San Francisco County
My Comm. Expires Aug 27, 2015

Notary's Signature

# PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **October 16, 2014**, I served the following document(s):

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

> Terrence A. Johnson
> Masterpiece Painting
> 3542 Fruitvale Ave. #120
> Oakland, California 94602

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **October 16, 2014**, at San Francisco, California.

*Elise Cotterill*
Paralegal

P:\CLIENTS\PATCL\Masterpiece Painting\Pleadings\C11-1725 CW - Satisfaction of Judgment 101614.docx

1
PROOF OF SERVICE
Case No.: C11-1735 CW